IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEMLOGIX LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BULK TAINER LOGISTICS NORTH AMERICA, INC., BULK TAINER LOGISTICS (U.S.A.), INC., AND BULK TAINER LOGISTICS LTD.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 22-1006 |

## **ORDER**

**AND NOW**, this 5th day of September 2023, upon consideration of Plaintiff's Motion to Dismiss Counterclaims I, II and III of Defendants' Second Amended Answer, Affirmative Defenses and Counterclaims and to Strike Defendants' Fourth, Tenth and Eleventh Affirmative Defenses (Doc. No. 44), Defendants' Response in Opposition (Doc. No. 45), and Plaintiff's Reply (Doc. No. 46), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion to Dismiss and to Strike (Doc. No. 44) is **DENIED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　  /s/ Joel H. Slomsky　　　　　　　
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.